No. 69139.—Daido Corporation et al. *v.* United States, protests 63/16559(A), etc. (New York).

Opinion by LAWRENCE, J, In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.